```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
ALEX EARL TATE,                  *
(AIS # 182349)                   *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION NO.12-00593-WS-B
                                 *
COREY SYKES,                     *
                                 *
     Defendants.                 *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this **30**[th] day of **September, 2015.**


                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE