```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| ALEX EARL TATE,           * | |
| (AIS # 182349)            * | |
|                           * | |
|     Plaintiff,            * | |
|                           * | |
| vs.                       * | CIVIL ACTION NO.12-00593-WS-B |
|                           * | |
| COREY SYKES,              * | |
|                           * | |
|     Defendants.           * | |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this **30th** of **September, 2015.**

```
                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE
```